UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

VICTOR A. BLYTHE,

                Petitioner,

    -v-

UNITED STATES OF AMERICA,

                                    5:97-CV-547

                Respondent.            93-CR-126

APPEARANCES:                      OF COUNSEL:

VICTOR A. BLYTHE
Pro se
Unit A-3
CI Moshannon Valley Correctional Center
555 I Cornell Drive
Philipsburg, PA 16866

CHERYL J. STURM
Attorney for Petitioner Victor A. Blythe
387 Ring Road
Chadds Ford, PA 19317

HON. ANDREW T. BAXTER        GRANT C. JAQUITH
United States Attorney             Assistant U.S. Attorney
Attorney for Respondent
P. O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

Neal P. McCurn, Senior District Judge

*ORDER*

    On June 25, 2009, this court issued a Memorandum, Decision and Order

denying a motion by petitioner, Victor A. Blythe, to reopen the January 21, 1998 denial of his motion to vacate, set aside or modify his sentence pursuant to 28 U.S.C. § 2255.  Presently before the court is Petitioner's application for a certificate of appealability.  See Dkt. No. 23.  Petitioner's application for a certificate of appealability is hereby DENIED as he has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

The Clerk of the Court is directed to serve a copy of this Order by regular mail to petitioner, Victor A. Blythe.

IT IS SO ORDERED.


DATED:   September 29, 2009
         Syracuse, New York


_____
Neal P. McCurn
Senior  U.S. District Judge